Erie Ins. Co. v Fuoco Enters., LLC
2026 NY Slip Op 03584
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

ERIE INSURANCE COMPANY, AS SUBROGEE OF MAY JEN CHINESE RESTAURANT, PLAINTIFF-APPELLANT,
v
FUOCO ENTERPRISES, LLC, DOING BUSINESS AS ADVANCE HOOD CLEANING SOLUTIONS, AND ELWOOD FIRE PROTECTION, INC., DEFENDANTS-RESPONDENTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
426 CA 25-00228
Present: Lindley, J.P., Curran, Ogden, And Nowak, JJ.

RUPP PFALZGRAF LLC, BUFFALO (MARCO CERCONE OF COUNSEL), FOR PLAINTIFF-APPELLANT.
KNYCH & WHRITENOUR, LLC, EAST SYRACUSE (MATTHEW E. WHRITENOUR OF COUNSEL), FOR DEFENDANT-RESPONDENT FUOCO ENTERPRISES, LLC, DOING BUSINESS AS ADVANCE HOOD CLEANING SOLUTIONS.
SMITH SOVIK KENDRICK & SUGNET, P.C., WILLIAMSVILLE (ALAN J. BEDENKO OF COUNSEL), FOR DEFENDANT-RESPONDENT ELWOOD FIRE PROTECTION, INC.

Appeal from an order of the Supreme Court, Erie County (Dennis E. Ward, J.), entered January 17, 2025, in a negligence and breach of contract action. The order granted the motions of defendants for summary judgment and dismissed the complaint.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court